**No. 25-1392**

IN THE

# United States Court of Appeals for the Federal Circuit

POP TOP CORP.,

*Plaintiff*

v.

RAKUTEN KOBO INC.,

*Defendant-Appellee*

v.

ROHIT CHANDRA,

*Movant-Appellant*

Appeal from the United States District Court for the Northern District of California, Case No. 4:20-cv-04482, Judge Yvonne G. Rogers

# NOTICE OF WITHDRAWAL OF MOTION FOR EXTENSION OF TIME

Joshua L. Raskin
Justin A. MacLean
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-6930
raskinj@gtlaw.com
Justin.MacLean@gtlaw.com

*Counsel for Defendant-Appellee,*
*Rakuten Kobo Inc.*

May 8, 2025

On April 29, 2025, Defendant-Appellee Rakuten Kobo Inc. ("Kobo") moved for an extension of time to file its response brief. Dkt. 13-1 ("Motion"). Movant-Appellant Rohit Chandra ("Chandra") opposed the Motion. *Id.* at 1. The Court did not rule on Kobo's Motion before May 6, 2025, the due date for Kobo's response brief. Accordingly, Kobo submitted and served its brief on that date, which contained cites to a separate appendix prepared by Kobo pursuant to Fed. Cir. R. 30(e)(1). Dkt. 15.

Chandra filed an opposition to the Motion on May 7, 2025. Dkt. 16 ("Opposition"). Kobo disagrees with the numerous misstatements and mischaracterizations in Chandra's Opposition but, rather than address each of them, to minimize burdens on the Court, Kobo withdraws its Motion, as its extension request is now moot.

Dated: May 8, 2025

Respectfully submitted,

/s/ *Joshua L. Raskin*
Joshua L. Raskin
Justin A. MacLean
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-6930
(212) 801-3137
raskinj@gtlaw.com
Justin.MacLean@gtlaw.com

*Counsel for Defendant-Appellee,*
*Rakuten Kobo Inc.*

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4, I, Joshua L. Raskin, certify the following:

1. The full name of the party represented by me is:

   **Rakuten Kobo Inc.**

2. The name of the real party-in-interest (if the party named in the caption is not the real party-in-interest) represented by me is:

   **Not applicable.**

3. All parent corporations or any publicly held corporations that own 10% or more of the stock of appellee:

   **Rakuten Kobo Inc. ("Kobo") is a wholly-owned subsidiary of Rakuten USA, Inc., which is a wholly-owned subsidiary of Rakuten Group, Inc., a Japanese corporation that is publicly traded on the Japanese stock exchange. No other publicly held corporation owns 10% or more of Kobo's stock.**

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the district court or are expected to appear for the party in this court are:

   **GREENBERG TRAURIG, LLP**
   **Joshua L. Raskin**
   **Nicholas A. Brown**
   **Justin A. MacLean**
   **Martin Kedziora**
   **Michael R. Hogue**
   **Vimal M. Kapadia**
   **Kathryn E. Albanese**

5. Case titles and numbers of any cases known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal:

***Pop Top Corp. v. Rakuten Kobo Inc.*, No. 21-2174 (Fed. Cir.)**
***Pop Top Corp. v. Rakuten Kobo Inc.*, No. 22-1688 (Fed. Cir.)**

6. Information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees):

**Not applicable.**

Dated: May 8, 2025 /s/ *Joshua L. Raskin*

# CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF MOTION FOR EXTENSION OF TIME** was timely filed with the Clerk of Court using the appellate CM/ECF system, which will send notifications to all counsel registered to receive electronic notices. The foregoing was also served on Movant-Appellant via email.

/s/ *Joshua L. Raskin*
Joshua L. Raskin
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-6930
(212) 801-3137
raskinj@gtlaw.com

*Counsel for Defendant-Appellee,*
*Rakuten Kobo Inc.*

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(a)(7)(C) and Federal Circuit Rule 32, I certify that the foregoing **NOTICE OF WITHDRAWAL OF MOTION FOR EXTENSION OF TIME** is proportionally spaced, in a typeface of 14 points or more, and contains 129 words, exclusive of those materials not required to be counted under Federal Rules of Appellate Procedure 32(a)(7)(B)(i) and 32(g)(1), and Federal Circuit Rules 32(b)(1)–(3).

*/s/ Joshua L. Raskin*
Joshua L. Raskin
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-6930
raskinj@gtlaw.com

*Counsel for Defendant-Appellee, Rakuten Kobo Inc.*